United States District Court
Central District of Illinois

Michael Lemberger,
Plaintiff,

vs.

1) Sandra Simpson,
2) Larry J. Phillips,
3) Facility Director Name Illegible,
Defendants,

Case No.

The case number will be assigned by the Clerk.

FILED
MAY 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Complaint

Now comes Plaintiff, Michael Lemberger, Pro.Se. And moves this Honorable Court grant Leave, pursuant to Rule 42 U.S.C. § 1983, to file a Complaint against state, county, or municipal defendants, challenging the constitutionality of my conditions of confinement.

### I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.

1.

## II. PARTIES

A. Plaintiff:

    Full Name: Michael Lemberger
    Prision Identification Number: None
    Current Address: R.R. 1 Box 6-A
    Rushville IL. 62681

B. Defendants:

Defendant #1.

    Full Name: Sandra Simpson
    Current Job Title: Grievance Official
    Current Work Address: R.R. 1 Box 6-A
    Rushville IL. 62681

Defendant #2. Full Name: Larry J. Phillips
    Current Job Title: Facility Director
    Current Address: R.R. 1 Box 6-A
    Rushville IL. 62681

Defendant #3

    Full Name: Unknowen, Name Illegible
    Current Job Title: Program Administrator
    Current Address: R.R. 1 Box 6-A
    Rushville IL. 62681

## III. LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? YES
DISCRIPTION: Case No. 08-3038, 42 U.S.C. § 1983, The First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000 cc-1, et seq.

B. Have you brought any other lawsuits in federal court while incarcerated? No, however, I have brought one (1) durring my civil detention in the Department of Human Services at Rushville Illinois.

C. Discribe the lawsuit

1. Case No. 07-3128
2. Basic Claim Made: Exposure to Environmental Tobacco Smoke
3. Disposition: Case Still Pending

## IV EXHAUSTION OF ADMINISTRATIVE REMEDIES

Since I have been civilly detained and I am no longer a prisoner the PLRA's exhaustion requirement does not apply, however, the civil detention facility does have a grievance procedure and I have exausted all remidies.

3.

## V. STATEMENT OF CLAIM

Place of occurrence: Department of Human Services Treatment and Detention Facility, Rushville Illinois.

Date of occurrence: 3-19-08 on going

### Statement of Facts

Pursuant to Rule of Federal Civil Procedure 8(A) requires a "short and plain statement".

On 2-22-08 I filed a grievance over my concerns about variety, quality, portion size, Hot meals and holsomeness of my alleged Kosher meals, as opposed to the general populations variety and what is supplyed on there menu.

I am being served the same meals over and over again and when I complained I was told by the grievance officer that "Any differences when compared to the general population is due to my Religious choice."

I understand this to mean that because I am Jewish I am not entitled to eat a variety of foods or to enjoy my meals, I can no longer enjoy eggs, sausage, pancakes, hamburgers, french frys, Hot Dogs, Salsbury Steak, beef stew, chili, Tetrazzini Lasagna, Roast beef ect. ect. ect.

I understand this to mean that because I am Jewish, and for requesting a Kosher Diet, I am to be punished for my Religious beliefs and for the inconvenience I have placed on the Rushville Facility by being fed the same food every day.

4.

Along with this complaint I have provided grievance No.# 02 08 GR. 0147 addressing that issue. Marked as Exhibit A.

Also, on 3-5-08 I filed another grievance again requesting a Kosher diet, in which the grievance examiner responded "The Facility was in the upper 90 percentile regarding compliance with the Kosher Diet.

90 percent compliance is not compliance, but rather complacence and I ask this Honorable court, would the surrounding community be sastisfied if I were 90 percent detained?

Along with this complaint I have provided grievance No.# 03 08 GR 0179 addressing that issue. Marked as Exhibit B.

Finelly, along with this complaint I have provided a copy of the Facilities menu to denote the variety. Marked as Exhibit. C

I am unable to exclude a copy of my menu due to the fact that the facility has ignored all of my requests for a copy.

I swear under penelity of law that the statements contained in this document are true, and that the information I have provided you is correct.

5.

# RELIEF REQUESTED

1. I request that Sandra Simpson, Larry J. Phillips & Defendant Unknowen, Name Illegible each be held to there individual capacity.

2. Kosher Diet to be 100% Kosher

3. Menu Variety, because I could potentially be here for several years to the rest of my life.

4. Nominal, Compensatory and punitive damages for injuries sustained resulting from Mental and Emotional pain and suffering in relation to being forced to eat the same foods over and over because of my "Religious choice"; $200.00 per day.

5. Nominal, Compensatory and punitive damages for injuries sustained resulting from Mental and Emotional pain and suffering in relations to Facilities own Grievance Examiners admission that the Facility was 90% compliant in my Kosher Diet Requirements in an attempt to minimize the reason I am not recieving a Kosher diet, in the sum of $200.00 per day starting from 2-22-08 until the resolution of this complaint.

Jury Demand   NO

Signed this 13th day of May, 2008

Michael Lemberger
R.R. 1 Box 6-A
Rushville, Illinois 62681
Phone No# 217-322-3204

_Michael Lemberger_
(Signature of Plaintiff)

6.