E-FILED
Thursday, 15 May, 2008 03:33:20 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Michael Lemberger
    Plaintiff,

Vs.

Sandra Simpson et. al.
    Defendants.

Case No.
    The case number will
    be assigned by the clerk

## Petition and Affidavit for Leave to Proceed in Forma Pauperis

I, Michael Lemberger, Plaintiff, move this honorable court for leave to proceed in Forma Pauperis in the above named action. I declare under penalty of perjury that the following facts are true.

1. I am the party initiating this action and I believe I am entitled to redress

2. I am unable to prepay the fees and costs of this proceeding, or give security because of my poverty.

3. I am single

4. I am not presently employed in any capacity

5. I have not recieved money from any other source, includeing judgements, in the last 12 months.

6. I have a trust fund account at the Department of Human Services Treatment and Detention Facility consisting of $120.00 resulting from money orders sent as guifts from friends.

7. I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property.

8. I do own 1 (one) 13" Color T.V. valued at $66.00
   1 (one) Play Station game system valued at $120.00

9. I have no debts or obligations

10. I have no dependants.

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any change in my financial position as stated above

Respectfully Submitted,
Michael Lemberger

5-13-08
DATE