State of Illinois
Department of Human Services

# TDF Resident Grievance - Appeal Form

EXHIBIT A

| Name of Resident: Lemberger | ID #: 654462 | Date of Submitted: 3-19-08 | Unit: E-1 |
|---|---|---|---|
| Date Received by Administration: | | Grievance #: 02 08 GR 0147 | |

USE BLACK INK ONLY

SUMMARY OF GRIEVANCE APPEAL:

Part 1 That is the basis of my Grievance (SEE GRIEVANCE RESPONSE)

Part 2 I said that the Microwave was not CERTIFIED Kosher by the Rabbi

Part 3. I spoke with the Rabbi on 3-11-08 and he assured me that his signature is not on any thing the Dietary or what Mr. Williams consider to be Kosher or Acceptable.

Part 4. because of my Religious Choice gives D.H.S. the right to feed me the exact same meals over and over again? Am I correct to assume that D.H.S. considers a Jewish person un worthy of the same access to variety as the non-Jew And that because I chose to embrace my religion I am some how a lesser person and not entitled to 3 hot and Rotating meals with the same variety as my non Jewish counter part.

Part 5. The Rabbi's Recommendations were that I was given a Kosher Diet. The Rabbi's recommendations were strictly in how the food was prepared, not in the food I was served, so D.H.S. is misrepresenting the Rabbi and his Recommendations.

Finally: I am still seeking the Relief originally Requested.

Resident's Signature: Lemberg

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Facility Director's response. Please attach the grievance with the Grievance Examiner's report and the Facility Director's decision. Forward to the Grievance Examiner.

IL462-5006 (R-4-06)

Page 1 of 1

State of Illinois
Department of Human Services

# TDF Resident Grievance



| Name of Resident: Lemberger | ID #: 654462 | Date of Incident Occurrence: 2-22-08 | Unit: E-2 |
|---|---|---|---|
| Date Received: 02-22-08 | | Grievance #: 02 08 AR 0147 | |

**Nature of Grievance**
☐ Personal Property ☐ Staff Conduct ☐ Mail Handling ☑ Meals ☐ Medical ☐ Other: (Specify): _____

☐ Disciplinary Report:    Report Date: _____
(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

I am Jewish and recieving a kosher diet, my meals are not equal to those of the general population. The general population Residents recieve French toast, Pancakes, sausage, fried eggs, bacon, scrambled eggs, I recieve only oatmeal or cold cereal for breakfast. For lunch the residents recieve Cheeseburgers, Potatoes, soups, grilled cheese sandwiches, chili, Slopy Joe, Hot Dogs, Turkey Tetrazzini, Salsbury Steak, beef Stew, Roast beef, Meat balls, Lasagna, Pork Cutlet, I only recieve Tuna fish, Sardines, or peanut butter, the residents lunches are always hot, mine are always cold. For Dinner the residents all recieve a Main course (2) two vegetables, margarine, desert & beverage. I recieve a Main course 1 vegetable bread beverage and no desert. If the general population Recieves variety in there diets, which is clear from the instution menu, I am entitled to variety. If the general population recieves (3) Three hot meals per day, I am also entitled to (3) hot meals, I am entitled to recieve the same consideration when it comes to meal planning as the general population, with the same variety to meals, portion and quality. I should not have to be forced to eat Fish and Oatmeal because my Dietary needs are a little different, they offer the same foods kosher that they serve here.

Relief Requested: I want the same variety as the general population residents meals, I also want hot meals just like the general population residents I feel I should be given the same treatment as the general population residents in respect to variety, holsomeness and portion and quality.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: Michael Lemberg    Date: 2-22-08

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 1 of 2

State of Illinois
Department of Human Services

# TDF Resident Grievance



**Grievance Examiner's Response:**

PART II

Per administrative review, I met with Ms. Blaesing to inquire if the facility could purchase a new microwave oven strictly for Kosher use. She checked and the warehouse had a new oven in stock so it was brought in and placed in Dietary. On 2/28/07, I met with Resident Lemberger after being informed that he upset that his 2/27/08, dinner meal was hot and the film has been peeled back. He reports no one informed him that a new microwave oven had been put in the kitchen for Kosher meals. He said the microwave oven wasn't blessed by the Rabbi but when I assured him the oven was brand new he was okay. The next part of his grievance speaks to the issue of the meals he receives for breakfast and lunch. He states he has been eating cold cereal and oatmeal : breakfast for the last 45 days. Similarly, he's been eating tuna fish, sardines or peanut butter for lunch for the past 45 days. I reminded him that his menu had been approved by the Rabbi who met with the Dietary Manager and STA IV Williams. He states that maybe he should talk to the Rabbi. He then suggested he could cook his own food in the microwave oven but I told him that he can't prepare meals (from scratch) in a microwave oven due to lack of space for a separate kitchen. The facility does not have the means to duplicate every meal that is served to the general population. The resident suggested he receive pre-packaged food for breakfast, lunch and dinner. The pre-packaged meals the resident receives at dinner meal is a 10 ounce entree plus he gets bread, salad and drink, vegetable, and fruit also. It was reported the Rabbi believes his overall diet meets the standards of a Kosher diet. The resident now has the means to have his food served more thoroughly heated. Any differences when compared to the general population is due to resident Lemberger's religious choice. The TDF administration agreed to provide meals per the Rabbi's recommendations. Our conversation ended with the understanding that he wanted to consult the Rabbi about his meals as it appears the Rabbi was originally consulted for his expert opinion regarding an acceptable Kosher diet.

It is recommended this Grievance is Resolved. Resident Lemberger wants to consult with the Rabbi regarding meal variety, wholesomeness, portions, and quality.

Grievance Examiner's Signature: *Sandra Simpson*   Date: 3-11-2008

---

**FACILITY DIRECTOR'S RESPONSE**

Date Received: 3-12-08

Facility Director's Decision: Grievance: ☐ Upheld   ☐ Denied   *Resolved*

Behavior Committee Decision Appeal: ☐ Upheld   ☐ Denied

Response:

Facility Director Signature: _____   Date: 3-13-08

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

---

**PROGRAM ADMINISTRATOR'S RESPONSE**

Date Received: 3/31/08

Program Administrator Concurs With The Facility Director's Decision: ☑ Yes   ☐ No

Response:

Program Administrator Signature: _____   Date: 3/31/08

IL462-5001 (R-6-06)   Distribution: Master File; Resident   Page 2 of 2

State of Illinois
Department of Human Services

## TDF Resident Grievance



Grievance Examiner's Response:

**PART I**     Lemberger, M

The resident grieved on 2-22-08, he is Jewish and receives a Kosher diet. He believes his meals are not equal to the general population. For breakfast he only receives cold cereal and oatmeal; for lunch he only receives tuna fish, sardines, or peanut butter. The resident lunches are always hot - his are always cold. For dinner the resident does not receive dessert but does receive fruit. He reported he is entitled to receive the same consideration (when it comes to meal planning) as the general population with the same variety of meals. He should not have to be forced to eat fish and oatmeal because his dietary needs are a little different. They offer the same foods Kosher that they serve here.

Grievant's requested relief is he wants the same variety as the general population residents' meals. He also wants hot meals just like the general population residents. He feels he should be given the same treatment as the general population residents in respect to variety, wholesomeness, portions, and quality.

Grievance Examiner's Signature: **SEE PART II**     Date: _____

---

Date Received: _____     **FACILITY DIRECTOR'S RESPONSE**
Facility Director's Decision: Grievance: ☐ Upheld   ☐ Denied
Behavior Committee Decision Appeal: ☐ Upheld   ☐ Denied
Response:


Facility Director Signature: _____     Date: _____

---

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

Date Received: _____     **PROGRAM ADMINISTRATOR'S RESPONSE**
Program Administrator Concurs With The Facility Director's Decision: ☐ Yes   ☐ No
Response:


Program Administrator Signature: _____     Date: _____

IL462-5001 (R-6-06)     Distribution: Master File; Resident     Page 2 of 2

State of Illinois
Department of Human Services

EXHIBIT B



# TDF Resident Grievance

Name of Resident: Lemberger
ID #: 654462
Date of Incident Occurrence: 3-5-08
Unit: E-2

Date Received: 3-__-08 A10:57
Grievance #: 03 08 GR 0179

Nature of Grievance:
☐ Personal Property  ☐ Staff Conduct  ☐ Mail Handling  ☑ Meals  ☐ Medical  ☐ Other: (Specify): _____

☐ Disciplinary Report:  Report Date: _____
(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

I have repeatedly requested that Dietary serve my meals in a sealed original container as to preserve the integrity of the Kosher food inside. The Rabi also advised Dietary that all of my meals should remain sealed. The reason being is that there are no kosher surfaces or areas in dietary, as a result, this exponentially increases the chance of cross contamination thus rendering the food non-kosher and un-fit for consumption.

I have also repeatedly requested that Dietary not cut my vegetables. As there are no kosher surfaces or areas to cut them on, furthermore Dietary does not have a kosher knife as required by kosher law.

Dietary Staff have told me that the Rabbi O.K.'ed these practices, however, I have known the Rabbi for many years, the Rabbi adheres to the same Kosher laws that I do and I do not believe the Rabbi would endorse the practices that are now in place.

I take my religion very seriously and I refuse to cut corners when it comes to fulfilling the requirements of Kosher Law or any other Jewish Law. I apologize if I have inconvenienced the staff here at Rushville but the conditions I am being forced to endure are un-acceptable. Seeing that I am no longer in prison but rather here for treatment, and the fact that I am being civilly detained, with all of my constitutional rights in tact, one would expect the level of care to be somewhat better than my criminal counter part.

Relief Requested: A Kosher Diet.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Resident Signature: Lemberger    Date: 3-5-08

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 1 of 2

State of Illinois
Department of Human Services

# TDF Resident Grievance



Grievance Examiner's Response:

The resident grieved on 3-05-08, he has repeatedly requested that Dietary serve his meals in a sealed container to preserve the integrity of the Kosher food insider. The Rabbi advised Dietary that all of his meals should remain sealed. The reason being is there are no Kosher surfaces or areas in Dietary. As a result this exponentially increases the chance of cross contamination thus rendering the food non-Kosher and unfit for consumption. He also repeatedly requested that Dietary not cut his vegetables as there are no Kosher surfaces. Dietary staff told him that the Rabbi approved these practices, however he does not believe the Rabbi would endorse such practices. He takes his religion seriously and refuses to cut corners when it comes to fulfilling the requirements of Kosher law or Jewish law. He apologizes if he has inconvenienced the staff at Rushville but the conditions he is forced to endure are unacceptable seeing that he is here for treatment and civilly detained with all of his Rights intact, one would expect the level of care to be somewhat better than his criminal counterpart.

Grievant's requested relief is a Kosher diet.

Per administrative review, a microwave oven was placed in the Dietary Dept. strictly for Kosher use. This occurred after the resident complained that his food was not hot enough. The resident has meals that are pre-packaged. If the instructions ask that the plastic seal be punctured before microwaving in a unit that is exclusively Kosher, that can be done with a sealed plastic fork with no risk of "cross contamination." I spoke to Ms. Wallace, Dietary Manager about how she cuts the resident's food. She informed me that the resident is already aware his vegetables or other foods are cut on a styrofoam tray with plastic utensils. I don't understand why the Rabbi would not endorse this practice. She added, the Rabbi stated the facility was in the upper 90 percentile regarding compliance with the Kosher diet. The Rabbi is also aware of our structural limitations regarding kitchen space and our wish to accommodate resident Lemberger's Kosher diet within our means. NOTE: A Kosher diet was being provided to the resident prior to this grievance.

It is recommended this Grievance is Not Indicated based on the relief requested.

4-02-08
GV 0179
Lemberger, M

Grievance Examiner's Signature: _Sandra Simpson_     Date: 4-02-2008

| | FACILITY DIRECTOR'S RESPONSE |
|---|---|
| Date Received: 4-11-08 | |

Facility Director's Decision: Grievance: ☐ Upheld  ☐ Denied
Behavior Committee Decision Appeal: ☐ Upheld  ☐ Denied

Response: NOT INDICATED — Resident is already receiving a Kosher diet.

Facility Director Signature: _____     Date: 4-11-08

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

PROGRAM ADMINISTRATOR'S RESPONSE

Date Received: _____

Program Administrator Concurs With The Facility Director's Decision: ☐ Yes  ☐ No

Response:

Program Administrator Sigature: _____     Date: _____

IL462-5001 (R-6-06)     Distribution: Master File; Resident     Page 2 of 2

EXHIBIT C

Menu Week 1                                                                                         State: IL

| | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Meal # 1 | | | Meal # 4 | | | Meal # 7 | | | Meal # 10 | | | Meal # 13 | | | Meal # 16 | | | Meal # 19 | |
| Fruit Juice | 4 | FZ | Fresh Fruit | 1 | each | Fruit Juice | 4 | FZ | Fruit Juice | 4 | FZ | Fresh Fruit | 4 | FZ | Fruit Juice | 4 | FZ | Fruit Juice | 4 | FZ |
| Hot Cereal | 1 | cup | Hot Cereal | 1 | cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Dry Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup |
| Boiled Eggs | 2 | Each | Pancakes | 3 | each | Breakfast Gravy | 1 | Cup | Pancakes | 3 | Each | Scrambled Eggs | 3 | Each | French Toast | 3 | Slice | Sausage | 2 | Slice |
| Bread | 3 | Slice | Syrup | 3 | FZ | (2 oz meal) | | | Syrup | 3 | FZ | Bread | 3 | Slice | Syrup | 3 | FZ | | | |
| Margarine | 1 | Tbsp | | | | Biscuits 1/54 | 2 | Each | | | | Margarine | 1 | Tbsp | | | | Bread | 2 | Slice |
| | | | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | | | | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp |
| Jelly | 1 | Each | Sugar | 2 | each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each |
| Sugar | 2 | Each | | | | | | | | | | | | | | | | | | |
| Milk | 1 | cup | Milk | 1 | cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup |
| Coffee | 1 | cup | Coffee | 1 | cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup |
| | Meal # 2 | | | Meal # 5 | | | Meal # 8 | | | Meal # 11 | | | Meal # 14 | | | Meal # 17 | | | Meal # 20 | |
| Sloppy Joe (3oz)Beef | 3/4 | cup | T. Hot Dogs | 2 | each | Pinto Beansw/DicedT-Ham | 2 | each | Turkey Tetrazzini /3 oz meal | 6 | WZ | Bologna | 2 1/2 | WZ | Salisbury Steak | 3 | WZ | Cajun Baked Fish | 3 | WZ |
| Bun | 1 | Each | Hot Dog Buns | 2 | each | (3oz meal) | 10 | WZ | W / Pasta | | | Cheese | 1/2 | WZ | Ranch Style Beans | 3/4 | Cup | Baked Potato | 1 | Each |
| | | | Fried Potatoes | 3/4 | cup | Broccoli | 1/2 | Cup | | | | | | | | | | Cabbage | 1/2 | Cu |
| Baked Beans | 3/4 | cup | Salad | 1/2 | cup | Salad | 1/2 | Cup | Peas | 1/2 | Cup | Potato Salad | 3/4 | Cup | Salad | 1/2 | Cup | Salad | 1/2 | Cu |
| Green Beans | 1/2 | cup | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Salad | 1/2 | Cup | Garden Salad | 1/2 | Cup | Dressing | 1 | Tbsp | Dressing | 1 | Tb: |
| Salad | 1/2 | cup | Carrots | 1/2 | cup | Cornbread 1/54 | 1 | Each | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | | | | Bread | 2 | Sli |
| Dressing | 1 | Tbsp | Mustard | 2 | tsp | Margarine | 1 | Tbsp | Bread | 2 | Slice | Margarine | 1 | Tbsp | Bread | 2 | Slice | Margarine | 1 | Tb |
| | | | | | | Fruit Drink | 1 | Cup | Margarine | 1 | Tbsp | Mustard | 1 | tsp | Margarine | 1 | Tbsp | | | |
| Fruit Drink | 1 | cup | Fruit Drink | 1 | cup | Apple Sauce | 1/2 | Cup | Fruit Drink | 1 | Cup | Bread | 2 | Slice | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Ct |
| Brownie 1/54 | 1 | Each | Gellatin | 1/2 | cup | | | | Cookie | 1 | Each | Fruit Drink | 1 | Cup | Fruited Gellatin | 1/2 | Cup | Pudding | 1 | Ct |
| | | | | | | | | | | | | Gingerbread 1/54 | 1 | Each | | | | | | |
| | Meal # 3 | | | Meal # 6 | | | Meal # 9 | | | Meal # 12 | | | Meal # 15 | | | Meal # 18 | | | Meal # 21 | |
| Spaghetti w/ Meat Sauce | 1 1/2 | cup | Sweet & Sour Chicken | 1/4 | each | Country Fried Pattie | 3 | WZ | Hamburger Pattie | 3 | WZ | T-Ham & AuGratin Potatoes | 1 1/4 | Cup | Lasagna (Beef) | 1 1/4 | Cup | Chicken Pattie | 3 | W |
| (2oz Beef/1oz cheese) | | | | | | | | | Cheese | 1 | Slice | Seasoned Cabbage | 1/2 | Cup | | | | Gravy | 3 | F |
| | | | Rice | 3/4 | cup | Scalloped Potatoes | 1/2 | Cup | Bun | 1 | Each | | | | | | | | | |
| Corn | 1/2 | cup | Salad | 1/2 | cup | | | | Oven Brown Potatoes | 3/4 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Pasta | 3/4 | C |
| | | | Dressing | 1 | Tbsp | Salad | 2 | slice | Tossed Salad | 1/2 | Cup | Dressing | #1 | Tbsp | Dressing | 1 | Tbsp | | | |
| Tossed Salad with | 1/2 | cup | Bread | 2 | slice | Salad | 1/2 | Cup | Dressing | 1 | Tbsp | Cornbread 1/54 | 1 | Each | | | | Salad | 1/2 | C |
| Dressing | 1 | Tbsp | Margarine | 1 | Tbsp | Dressing | 1 | Tbsp | | | | | | | Garlic bread | 2 | Slice | Dressing | 1 | TI |
| Bread | 2 | Slice | | | | Biscuits 1/54 | 1 | Each | | | | Margarine | 1 | Tbsp | | | | Biscuit 1/54 | 1 | E |
| Margarine | 1 | Tbsp | | | | Margarine | 1 | Tbsp | Mustard/Ketchup | 1 | tsp | | | | Margarine | 1 | Tbsp | Margarine | 1 | T |
| | | | Ice Tea | 1 | cup | | | | | | | | | | | | | | | |
| Cookie | 2 | Each | Fruit Crisp | 1/2 | Cup | Pudding | 1/2 | Cup | Frosted Cake 1/54 | 1/2 | Cup | Cookie | 2 | Each | Brownie 1/54 | 1 | Each | Cookie | 2 | E |
| Ice Tea | 1 | cup | | | | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | C |
| Cake or Cookies or Brownie | 1 | Each | BolognaSandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | P.B.J. Sandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | Hard Boiled Eggs | 2 | Each | Fresh Fruit | 1 | E |
| Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | |

| | | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | FZ | Fruit Juice | 4 | FZ | Fruit Juice | 1 | Each | Fresh Fruit | 4 | FZ | Fruit Juice | 4 | FZ | Fruit Juice | 1 | Each | Fresh Fruit | 4 | FZ | Fruit Juice | |
| 1 | Cup | Dry Cereal | 1 | Cup | Dry Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Dry Cereal | 1 | Cup | Hot Cereal | |
| | | | 3 | Each | Pancakes | 1 | WZ | Sausage | 3 | Each | Pancakes | 3 | Each | French Toast | 2 | Slice | Boiled Egg | 2 | Each | Scrambled Eggs | |
| 1 | Cup | Breakfast Gravy | 3 | FZ | Syrup | | | | 3 | FZ | Syrup | 3 | FZ | Syrup | 2 | FZ | | | | | |
| | | (2 oz Meat) | | | | 3 | Slice | Bread | | | | | | | | | Bread | 3 | Slice | Bread | |
| 2 | Each | Biscuits 1/54 | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | |
| 1 | Tbsp | Margarine | | | | | | | | | | | | | | | | | | | |
| 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | |
| 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | 2% Milk | 1 | Cup | Milk | 1 | Cup | Milk | |
| 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | |
| | | | 3 | WZ | Beef Stew | 1 | Cup | Chili w/ Pinto Beans | | | Beef Pattie | 3 | WZ | Bologna | 2 1/2 | WZ | Roast Beef / Gravy | 3 | WZ | Meatballs | |
| 3/4 | Cup | Turkey | | | | | | (3oz meat) | 1 1/4 | Cup | Cheese | 1 | Slice | Cheese | | | | 1 | Each | Gravy | |
| 1/2 | Cup | Pasta Salad | 3/4 | Cup | Noodles | 3/4 | Cup | Rice | 3/4 | Cup | Baked Beans | 3/4 | Cup | | 1/2 | WZ | Biscuit 1/54 | | | | |
| 1/2 | Cup | Broccoli | 1/2 | Cup | Carrots | 1/2 | Cup | Peas | 1 | Each | Bun | 1 | Each | Macaroni Salad | 3/4 | Cup | Boiled Potatoes | 3/4 | Cup | Mashed Potatoes | |
| 1 | Tbsp | Tossed Salad | 1/2 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Green Beans | 1/2 | Cup | Corn | 1/2 | Cup | Carrots | 1/2 | Cup | Steamed Cabbage | |
| 2 | Slice | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1/2 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Salad | 1/2 | Cup | Salad | |
| 1 | Tbsp | Bread | 2 | Slice | Biscuit 1/54 | 1 | Each | Cornbread 1/54 | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | |
| | | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | tsp | Mustard | 1 | tsp | Mustard | | | | 2 | Slice | Bread | |
| 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Bread | 1 | Cup | Fruit Drink | 1 | Tbsp | Margarine | |
| 1 | Each | Cake 1/54 | 1 | Each | Brownie 1/54 | 1 | Each | Cookie | 2 | Each | Fruited Gelatin | 1/2 | Cup | Fruit Drink | 1/2 | Cup | Applesauce | 1 | Cup | Fruit Drink | |
| | | | | | | | | | | | | 1/2 | Cup | Pudding | | | | 1 | Each | Gingerbread 1/54 | |
| 3 | WZ | Meatloaf | 3 | WZ | Ham | 3 | WZ | Spicy Chicken | 1/4 | Each | Tamale Pie 3 oz Beef | 6 | WZ | Spaghetti w/ Meat Sauce | 2 | Each | T. Hot Dogs | 3 | WZ | Chicken Pattie | |
| | | | | | | | | Gravy | 3 | FZ | | | | (2oz Beef/1oz cheese) | 2 | Each | Buns | | | | |
| 3/4 | Cup | Mashed Potatoes | 3/4 | Cup | Cottage Fries | 3/4 | Cup | Lyonnaise Potatoes | 3/4 | Cup | Rice | 1 1/2 | Cup | | | | | 3/4 | Cup | Roasted Potatoes | |
| 2 | FZ | Gravy | 2 | FZ | | | | | | | | 1/2 | Cup | | 3/4 | Cup | Baked Beans | | | | |
| 1/2 | Cup | Tossed Salad | 1/2 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Salad | |
| 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | |
| 1 | Tbsp | Bread | | | | 1 | Each | Bread | 1 | Each | Cornbread 1/54 | 1 | Each | Bread | | | | 2 | Slice | Bread | |
| 2 | Slice | Dressing | 2 | Slice | Bread | 2 | Slice | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Garlic Bread | 2 | Slice | Mustard / Ketchup | 1 | Tbsp | Margarine | |
| 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | | | | | | | | 2 | tsp | | | | | |
| 2 | Each | Cookie | 2 | Each | Gelatin | 1/2 | Cup | Pudding | 1/2 | Cup | Frosted Cake | 1/54 | Slice | Cookies | 2 | Each | Gelatin | 1/2 | Cup | Brownie 1/54 | |
| 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | |
| 1 | Each | Cake or Cookie or Brownie | 1 | Each | Bologna Sandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | P.B.J. Sandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | Fresh Fruit | 2 | Each | Hard Boiled Eggs | |
| | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | |

Menu Week 3

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meal # | 43 | | 46 | | 49 | | 52 | | 55 | | 58 | | 61 | |
| | Fruit Juice | 4 FZ | Fruit Juice | 4 FZ | Fruit Juice | 4 FZ | Fresh Fruit | 4 FZ | Fruit Juice | 1 Each | Fruit Juice | 4 FZ | Fruit Juice | 4 FZ |
| | Fresh Fruit | 1 Each | Hot Cereal | 1 Cup | Hot Cereal | 1 Cup | Hot Cereal | 1 Cup | Hot Cereal | 1 Cup | Hot Cereal | 1 Cup | Dry Cereal | 1 Cup |
| | Dry Cereal | 1 Cup | | | | | | | | | | | | |
| | Boiled Egg | 2 Each | Breakfast Gravy | 2 Each | Sausage | 2 WZ | Pancakes | 3 Each | French Toast | 2 Each | Boiled Egg | 2 Slice | Pancakes | 3 Each |
| | | | (2oz meat) | | Syrup | | Syrup | 3 FZ | Syrup | 2 FZ | | | Syrup | 3 FZ |
| | Bread | 3 Slice | Biscuit 1/54 | 1 Tbsp | Bread | 3 Slice | | | | | Bread | 3 | | |
| | Margarine | 1 Tbsp | Margarine | 1 Each | Margarine | 1 Tbsp | Margarine | 1 Tbsp | Margarine | 1 Tbsp | Margarine | 1 Tbsp | Margarine | 1 Tbsp |
| | Jelly | 1 Each | Sugar | 2 Each | Sugar | 2 Each | Sugar | 2 Each | Sugar | 2 Each | Sugar | 2 Each | Sugar | 2 Each |
| | Sugar | 2 Each | | | | | | | | | | | | |
| | Milk | 1 Cup | Milk | 1 Cup | Milk | 1 Cup | Milk | 1 Cup | Milk | 1 Cup | Milk | 1 Cup | Milk | 1 Cup |
| | Coffee | 1 Cup | Coffee | 1 Cup | Coffee | 1 Cup | Coffee | 1 Cup | Coffee | 1 Cup | Coffee | 1 Cup | Coffee | 1 Cup |
| Meal # | 44 | | 47 | | 50 | | 53 | | 56 | | 59 | | 62 | |
| | Ham | 2 1/2 WZ | T. Hot Dogs | 2 Each | T. Salami | 2 Each | Hamburger Pattie | 2 1/2 WZ | Sloppy Joe (3oz Beef) | 3 WZ | Lasagna (Beef) | 6 WZ | Pork Cutlet | 1 1/4 Cup |
| | Cheese | 1/2 WZ | Buns | 2 | Cheese | 2 Each | Cheese | 1/2 WZ | Bun | 1 Slice | | 1 Each | Ranch beans | 1/2 Cup |
| | | | | | | | | | | | | | Salad | |
| | Mustard | 1 tsp | Ranch Beans | 1 | Bread | 3/4 Cup | Ketchup/Mustard | 2 Slice | Cajun Potatoes | 1 tsp | Peas | 3/4 Cup | Dressing | 1/2 Cup |
| | Pasta Salad | 3/4 Cup | Steamed Cabbage | 3/4 Cup | Mustard | 1/2 Cup | Bun | 1 tsp | Green Beans | 1 Each | Tossed Salad | 1/2 Cup | Mixed Vegetables | 1/2 Tbsp |
| | Carrots | 1/2 Cup | Mustard | 1/2 tsp | Macaroni Salad | 1/2 tsp | Corn | 3/4 Cup | Tossed Salad | 1/2 Cup | Dressing | 1/2 Cup | Bun | 1 Slice |
| | Salad | 1/2 Cup | Salad | 1/2 Cup | Broccoli | 1/2 Cup | Pinto Beans | 1/2 Cup | Dressing | 3/4 Cup | Garlic bread | 1 Tbsp | Margarine | 1 Tbsp |
| | Dressing | 1 Tbsp | Dressing | 1 Tbsp | Salad | 1/2 Tbsp | Tossed Salad | 1/2 Cup | | | Margarine | | | |
| | Bread | 2 Slice | | | Dressing | 1 Tbsp | Dressing | 1 Tbsp | | | | | | |
| | | | | | | | | | | | | | | |
| | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup | Fruit Drink | 1 Cup |
| | Pudding | 1/2 Cup | Gelatin | 1/2 Cup | Brownie 1/54 | 1 | Cake 1/54 | 1 Each | Applesauce | 1 Each | Gingerbread 1/54 | 1 Each | Pudding | 1/2 Cup |
| Meal # | 45 | | 48 | | 51 | | 54 | | 57 | | 60 | | 63 | |
| | Roasted Turkey | 3 WZ | Meat,Macaroni,Tomatoes | | Oven Fried Chicken | 1/4 Each | Beef Tips | 1/4 Each | Broiled Fish | 3 WZ | Meatloaf | 3 WZ | Swiss Patty | 3 WZ |
| | Gravy | 3 FZ | and Cheese | | | | | | | | Gravy | 3 FZ | | 3 FZ |
| | Mashed Potatoes | 3/4 Cup | (2oz meat/1oz cheese) | 1 1/4 Cup | Mashed Potatoes | 3/4 Cup | Noodles | 3/4 Cup | AuGratin Potatoe | 3/4 Cup | Mashed Potatoes | 3/4 Cup | Roasted Potatoes | 3/4 Cup |
| | | | Tossed Salad | 1/2 Cup | Gravy | 1/2 Cup | Salad | 1/2 FZ | Salad | 1/2 Cup | Tossed Salad | 1/2 Cup | Tomato & Pepper Gravy | 2 FZ |
| | Salad | 1/2 Cup | Dressing | 1 Tbsp | | 1 Tbsp | Dressing | 1 Tbsp | Dressing | 1 Tbsp | Dressing | 1 Tbsp | Salad | 1/2 Cup |
| | Dressing | 1 Tbsp | | | Salad | 1/2 Cup | Bread | 2 Slice | | | | | Dressing | 1 Tbsp |
| | | | Garlic Bread | 2 Slice | Dressing | 1 | Margarine | 1 Tbsp | Cornbread 1/54 | 1 Each | Bread | 2 Slice | Biscuit 1/54 | 1 Each |
| | Biscuit 1/54 | 1 Each | | | Cornbread 1/54 | 1 Each | | 1 Each | Margarine | 1 Each | Margarine | 1 Tbsp | Margarine | 1 Tbsp |
| | Margarine | 1 Tbsp | | | Margarine | 1 Tbsp | Gelatin | 1 Tbsp | Cookies | 1/2 Cup | Fruit Crisp | 1/2 Cup | | |
| | Cookies | 2 Each | Frosted Cake | 1 Slice | Cookies | 2 | | 2 Each | | | | | Brownie 1/54 | 1 Each |
| | Ice Tea | 1 Cup | Ice Tea | 1 Cup | Ice Tea | 1 Cup | Ice Tea | 1 Cup | Ice Tea | 1 Cup | Ice Tea | 1 Cup | Ice Tea | 1 Cup |
| | Cake or Cookie or Brownie | 1 Each | Bologna Sandwich | 1 Each | Cake or Cookie or Brownie | 1 Each | P.B.J. Sandwich | 1 Each | Fresh Fruit | 1 Each | Cake or Cookie or Brownie | 1 Each | Hard Boiled Eggs | 1 Each |
| | Snack | | Snack | | Snack | | Snack | | Snack | | Snack | | Snack | |

| | MONDAY Meal# 64 | | | TUESDAY Meal# 67 | | | WEDNESDAY Meal# 70 | | | THURSDAY Meal# 73 | | | FRIDAY Meal# 76 | | | SATURDAY Meal# 79 | | | SUNDAY Meal# 82 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fruit Juice | 4 | FZ | Fruit Juice | 4 | FZ | Fresh Fruit | 1 | Each | Fruit Juice | 4 | FZ | Fruit Juice | 4 | FZ | Fruit Juice | 4 | FZ | Fresh Fruit | 1 | Each |
| | Hot Cereal | 1 | Cup | Dry Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Hot Cereal | 1 | Cup | Dry Cereal | 1 | Cup | Hot Cereal | 1 | Cup |
| | Breakfast Gravy | 1 | Cup | Pancakes | 3 | Each | Scrambled Eggs | 3 | WZ | Pancakes | 3 | Each | French Toast | 2 | Slice | Boiled Egg | 2 | Each | Sausage | 2 | Each |
| | (2 oz meat) | | | Syrup | 3 | FZ | | 3 | FZ | Syrup | 3 | FZ | Syrup | 2 | FZ | | | | | | |
| | | | | | | | Bread | 3 | Slice | | | | | | | Bread | 3 | Slice | Bread | 3 | Slice |
| | Biscuits 1/54 | 2 | Each | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp |
| | Margarine | 1 | Tbsp | | | | | | | | | | | | | Jelly | 1 | Each | | | |
| | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each | Sugar | 2 | Each |
| | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup | Milk | 1 | Cup |
| | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup | Coffee | 1 | Cup |
| | Meal# 65 | | | Meal# 68 | | | Meal# 71 | | | Meal# 74 | | | Meal# 77 | | | Meal# 80 | | | Meal# 83 | | |
| | Smoked Sausage | 3 | WZ | Beef Stew | 1 | Cup | Chili w/ Pinto Beans | | | Beef Pattie | 3 | WZ | Sloppy Joe (3oz)Beef | 6 | WZ | T. Salami | 2 1/2 | WZ | Roast Beef | 3 | WZ |
| | | | | Noodles | 3/4 | Cup | (3oz meat) | 1 1/4 | Cup | Cheese | 1 | Slice | Bun | 1 | Each | Cheese | 1/2 | WZ | Gravy | 3 | FZ |
| | Pasta Salad | 3/4 | Cup | Tossed Salad | 1/2 | Cup | Rice | 3/4 | Cup | | | | | | | | 3/4 | Cup | | | |
| | | | | Dressing | 1 | Tbsp | | | | Bun | 1 | Each | Oven Stripped Potatoes | 3/4 | Cup | Macaroni Salad | | | | | |
| | Tossed Salad | 1/2 | Cup | | | | Tossed Salad | 1/2 | Cup | Coleslaw | 1/2 | Cup | Mixed Vegetables | 1/2 | Cup | | | | Margarine | 1 | Tbsp |
| | Dressing | 1 | Tbsp | Carrots | 1/2 | Cup | Dressing | 1 | Tbsp | Salad | 1/2 | Cup | Salad | 1/2 | Cup | Tossed Salad | 1/2 | Cup | Mashed Potatoes | 3/4 | Cup |
| | Broccoli | 1/2 | Cup | | | | Cabbage | 1/2 | Cup | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | Green Beans | 1/2 | Cup |
| | Bun | 1 | Each | Biscuit 1/54 | 1 | Each | Corn bread 1/54 | 1 | Each | Baked Beans | 3/4 | Cup | | | | Corn | 1/2 | Cup | Salad | 1/2 | Cup |
| | Mustard / Ketchup | 1 | Tsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Mustard / Ketchup | 1 | Tbsp | Applesauce | 1/2 | Cup | Mustard | 1 | tsp | Dressing | 1 | Tbsp |
| | | | | | | | | | | | | | | | | Bread | 2 | Slice | Biscuit 1/54 | 1 | Each |
| | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup | Fruit Drink | 1 | Cup |
| | Cookie | 2 | Each | Brownie 1/54 | 1 | Each | Gingerbread 1/54 | 1 | Each | Fruit Cobbler | 1/2 | Cup | Cake 1/54 | 1/2 | Cup | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup |
| | Meal# 66 | | | Meal# 69 | | | Meal# 72 | | | Meal# 75 | | | Meal# 78 | | | Meal# 81 | | | Meal# 84 | | |
| | Roasted Turkey | 3 | WZ | Country Fried Pattie | 3 | WZ | BBQ Chicken | 1/4 | Each | Meat Ball Stroganoff (3oz) | 1 | Cup | Meat, Mac&Tomatoes | 1 | Cup | T. Hot Dogs | 2 | Each | Chicken Pattie | 3 | Each |
| | | | | | | | | | | Noodles | 3/4 | Cup | (2oz meat/1oz cheese) | 1 1/4 | Cup | Buns | 2 | Each | | | |
| | Mashed Potatoes | 3/4 | Cup | Cottage Fries | 3/4 | Cup | Seasoned Potatoes | 3/4 | Cup | | | | | | | B.B.Q. Beans | 3/4 | Cup | Black eyed Peas | 3/4 | Cup |
| | Gravy | 2 | FZ | | | | | | | Salad | 1/2 | Cup | Salad | 1/2 | Cup | | | | | | |
| | | | | Tossed Salad | 1/2 | Cup | Salad | 1/2 | Cup | Dressing | 1 | Tbsp | | 1 | Slice | | 1/2 | Cup | Salad | 1/2 | Cup |
| | Salad | 1/2 | Cup | Dressing | 1 | Tbsp | Dressing | 1 | Tbsp | | 2 | Slice | Tossed Salad | 1 | Tbsp | Tossed Salad | 1 | Tbsp | Dressing | 1 | Tbsp |
| | Dressing | 1 | Tbsp | Bread | 2 | Slice | Bread | 1 | Tbsp | Bread | | | Dressing | | | Dressing | | | Bread | 2 | Slice |
| | Biscuits 1/54 | 1 | Each | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Margarine | 1 | Tbsp | Garlic Bread | 2 | Slice | | | | | | |
| | Margarine | 1 | Tbsp | | | | | | | | | | | | | Mustard | 2 | tsp | Margarine | 1 | Tbsp |
| | Frosted Cake | 1/54 | Slice | Gelatin | 1/2 | Cup | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup | Cookies | 2 | Each | Gingerbread 1/54 | 1 | Each | Cookies | 2 | Each |
| | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup | Ice Tea | 1 | Cup |
| | Cake / Cookie / Brownie | 1 | Each | Bologna Sandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | P.B.J. Sandwich | 1 | Each | Cake or Cookie or Brownie | 1 | Each | Fresh Fruit | 1 | Each | Hard Boiled Eggs | 1 | Each |
| | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | | Snack | | |