

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

Re: Michael Lemberger
Case No. 08-3115 Lemberger v Simpson, et al.

Trust Fund Department
IL Department of Human Services
Treatment & Detention Facility
RR1, Box 6A
Rushville, IL 62681

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Michael Lemberger**.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately preceding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr. Lemberger's** trust fund ledgers for the period **February 15, 2008  through May 15, 2008**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    600 East Monroe, Room 151
    Springfield, IL 62701

Please refer to the above referenced case number when submitting the trust fund ledgers.
                    Sincerely,

                    s/Pamela E. Robinson

                    PAMELA E. ROBINSON
                    Clerk of Court

cc: Michael Lemberger