E-FILED
Tuesday, 24 June, 2008  02:47:10 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

FILED

JUN 2 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger
    Plaintiff,

Case No.

VS.
Sandra Simpson et. al.
    Defendants,

3:08 cv 3115

## Plaintiffs' Pro Se Motion for Addendum

1.    Now come Plaintiff, Michael Lemberger, Pro. Se.
And moves this Honorable Court grant Leave for Plaintiffs'
Pro. Se. Motion for Addendum. The Defendant I would
like added to the Complaint (Case No. 3:08 cv 3115) is
Jennifer Blaesing, PSA, Rehabilitation Director; and
in support state the following.

2.    On June 17, 2008 I recieved a Memorandum
from Jennifer Blaesing, signed by Jennifer Blaesing,
Marked as Exhibit "B" Threatening sanctions against me
and my Constitutionally protected Right to observe my
Religious beliefs by terminateing my kosher meals if I
were observed eating non kosher food.

1

3. The only authority that has the power to sanction my Kosher Meals is the Creator and I feel that this is another attempt by The State of Illinois Department of Human Services to deliberately cause me discomfort and distress.

4. I also feel that this clearly displays the anti-Semitic attitude displayed by the Rushville facility, by the subject content. I ask this Honorable court, would Jennifer Blaesing stop a Diabetics' Insulin if they were to eat a candy bar? Then what gives her the authority to monitor and sanction a transgression against the Creator?

5. Furthermore the complaint I filed addresses the fact that D.H.S. is not supplying me with a Kosher meal, so as a result of Jennifer Blaesings' threat letter, and the fact that D.H.S. is not complying with the law, I wrote a request, in the form of a Grievance asking to be removed from the D.H.S. version of a Kosher meal until such time that D.H.S. supplies me with a 100% Kosher meal.

6. Relief Requested from Jennifer Blaesing is the same as the other Defendants.

Signed this 19th Day of June 2008   Respectfully Submitted,

Michael Lemberg

2



**Illinois Department of Human Services**

**Rod Blagojevich,** *Governor*

**Carol L. Adams, Ph. D.,** *Secretary*

Treatment & Detention Facility
R.R. #1, Box 6A
Rushville, IL. 62681
Phone: (217) 322-3204
Fax: 217/322-2126

## MEMORANDUM

DATE:      June 17, 2008

TO:        Resident Lemberger

FROM:      Jennifer Blaesing, PSA
           Rehabilitation Director

SUBJECT:   Kosher Diet

Please be advised that after one incident of eating a regular (non-kosher) meal a counseling will occur.  After a second incident of eating a regular meal, the Kosher diet you had requested will be terminated.  The Kosher diet will be suspended for a period of 6 months pending review per the facility director.

EXHIBIT "B"