**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| PLAINTIFF: Michael Lemberger | | COURT CASE NUMBER: 08-3115 |
| DEFENDANT: Larry Phillips c/o Patrick Knepler | RECEIVED 2008 JUN 23 A 10:58 US MARSHALS SERVICE | TYPE OF PROCESS: Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Larry Phillips, c/o Patrick Knepler, DHS, Division of Mental Health

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

319 East Madison, Suite 3B, Springfield, IL 62701

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 6-18-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 6-30-08  Time: 11:80 am

Signature of U.S. Marshal or Deputy [signature]

| Service Fee 45ᵃ | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45ᵃ | Advance Deposits | Amount Owed to US Marshal or 45ᵃ | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Served to Barb Roberson Exec. Secretary