FILED   E-FILED
Tuesday, 15 July, 2008  04:38:38 PM
Clerk, U.S. District Court, ILCD
JUL 1 5 2008
7-11-08
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the Court,

(1)   I would like to Know when And How Long I HAVE to file Motion of Discovery on Case # 08-3038

(2)   I would like to Know when And How Long I hAVE to file Motion of Discovery on Case # 08-3115

Respectfully,
M. Lemberger

Michael Lemberger
RR 1 Box 6A
Rushville IL. 62681