**E-FILED**
Wednesday, 16 July, 2008  12:37:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Michael Lemberger, | ) |
| | ) |
| Plaintiff, | )     Case No.  08-3115 |
| | ) |
| vs. | ) |
| | ) |
| Anderson Freeman, Brian Thomas and Sandra | ) |
| Simpson, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Sandra Simpson**

I certify that I am admitted to practice in this court.

Date:   July 16, 2008

s/ James C. Vlahakis
James C. Vlahakis   06230459
Attorney for Defendant
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2008, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

Michael Lemberger
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

Respectfully submitted,

<u>s/ James C. Vlahakis</u>
James C. Vlahakis   06230459
Attorney for Defendant
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com