## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08-3115 |
| | ) | |
| SANDRA SIMPSON, LARRY J. PHILLIPS, and FACILITY DIRECTOR, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT PHILLIPS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, LARRY PHILLIPS, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby answers Plaintiff's complaint as follows:

### STATEMENT OF CLAIM

Defendant admits that Plaintiff filed a grievance complaining about the administration of a kosher diet at the Rushville Treatment & Detention Facility ("Rushville TDF") on or about February 22, 2008 and March 5, 2008. Defendant admits that, according to the Grievance Examiner's response on or about April 2, 2008, Plaintiff's Rabbi stated that the Rushville TDF was "in the upper 90 percentile regarding compliance with the Kosher diet." Defendants deny that Plaintiff's constitutional rights have been violated. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Plaintiff's Statement of Claim.

### RELIEF REQUESTED

A.   Defendants deny that Plaintiff is entitled to injunctive relief.

B.   Defendants deny that Plaintiff is entitled to compensatory damages.

C.  Defendants deny that Plaintiff is entitled to punitive damages.

D.  Defendants deny that Plaintiff is entitled to any relief.

## JURY DEMAND

Defendants demand trial by jury.

## AFFIRMATIVE DEFENSES

1. At all times relevant to Plaintiff's claims, Defendants acted in good faith in the performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

Respectfully submitted,

LARRY J. PHILLIPS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08-3115 |
| | ) | |
| SANDRA SIMPSON, LARRY J. PHILLIPS, and FACILITY DIRECTOR, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 28, 2008, I electronically filed Defendant Phillips' Answer and Affirmative Defenses to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R.R. #1, Box 6A
Rushville, IL.   62681

          Respectfully submitted,

          s/ Michael J. Lanzdorf
          Michael J. Lanzdorf, #6286675
          Assistant Attorney General
          500 South Second Street
          Springfield, IL   62706
          Phone: (217) 782-9056
          Fax: (217) 782 -8767
          E-Mail: mlanzdorf@atg.state.il.us